Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949)464-8529
BabakHashemiLaw@gmail.com

Attorney for Plaintiff: James Rutherford

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual<br><br>                    Plaintiff,<br>v.<br>AUTOZONE WEST LLC, a Nevada limited liability company; FOUR-C LINK #1 LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>                    Defendants. | Case No.: **5:21-cv-00453-JGB-(SPx)**<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)A(ii)** |

IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that:

1.  The Parties have reached certain understandings relating to the facts of the case;

2.  The Complaint and action asserted by Plaintiff will be dismissed *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3.  The Parties will bear their own respective costs and attorneys' fees.

///

Dated: August 30, 2022    **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: /s/ *Babak Hashemi*
    Babak Hashemi, Esq.
    Attorney for Plaintiff

Dated: August 30, 2022    **ROBERT D. LIPSCOMB**

By: /s/ *Robert D. Lipscomb*
    Robert D. Lipscomb
    Attorneys for FOUR-C LINK #1, LLC

    Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 30, 2022    **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: */s/ Babak Hashemi*
    Babak Hashemi