JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AUTOZONE WEST LLC, a Nevada limited liability company; FOUR-C LINK #1 LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>　　　　　　Defendants | Case No.: 5:21-cv-00453-JGB-(SPx)<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed without prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: September 7, 2022　　　　_____
　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　United States District Judge

**ORDER OF DISMISSAL**

1